# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:19-cv-118 |
| Petitioner, | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| TAMMY L. BURNS, | : | |
| Respondent. | : | |

# DECISION AND ENTRY

This case is presently before the Court upon Petitioner United States of America's Motion to Dismiss (Doc. #5). Petitioner indicates that Respondent has complied with the IRS Summons and moves to dismiss this enforcement action.

## IT IS THEREFORE ORDERED THAT:

1. Petitioner United States of America's Motion to Dismiss (Doc. #5) is GRANTED; and

2. The case is terminated on the Court's docket.

July 17, 2019                      *s/Sharon L. Ovington*
                                                           Sharon L. Ovington
                                                           United States Magistrate Judge